# EXHIBIT C

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

LIZZIE PUGH,

        Plaintiff,

Case No.: 2022-009346-CZ
Hon. Edward Ewell, Jr.

v.

FIFTH THIRD BANK, NA, d/b/a
"Fifth Third Bankcorp", a foreign corporation
FIFTH THIRD FINANCIAL CORPORATION,
a foreign corporation, OLD KENT MORTGAGE
SERVICES, INC., a domestic corporation

        Defendants.

| DEBORAH GORDON LAW | DINSMORE & SHOHL LLP |
|---|---|
| Deborah L. Gordon (P27058) | J. Travis Mihelick (P73050) |
| Elizabeth Marzotto Taylor (P82061) | 900 Wilshire Drive, Suite 300 |
| Sarah Gordon Thomas (P83935) | Troy, Michigan 48084 |
| Molly Savage (P84472) | (248) 203-1655 |
| 33 Bloomfield Hills Parkway, Suite 220 | travis.mihelick@dinsmore.com |
| Bloomfield Hills, Michigan 48304 | |
| (248) 258-2500 | Katherine A. Rasmussen (P83661) |
| dgordon@deborahgordonlaw.com | 255 E. Fifth Street, Ste. 1900 |
| emarzottotaylor@deborahgordonlaw.com | Cincinnati, OH 45202 |
| sthomas@deborahgordonlaw.com | (614) 628-6982/ (513) 977-8141 (fax) |
| msavage@deborahgordonlaw.com | Katherine.rasmussen@dinsmore.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Fifth Third* |

**NOTICE OF REMOVAL**

      Defendants, Fifth Third Bank, NA, Fifth Third Financial Corporation, and Old Kent Mortgage Services, Inc., ("Defendants"), by and through its attorneys, Dinsmore & Shohl LLP, hereby provides notice it has filed a notice of removal with the Clerk of the U.S. District Court for the Eastern District of Michigan, Southern Division.  In accordance with 28 U.S.C. § 1446, a true and correct copy of that notice is hereby filed with this Court. (**Exhibit A**).

1

2

Dated: August 29, 2022 	Respectfully submitted,

/s/ J. Travis Mihelick
DINSMORE & SHOHL LLP
J. Travis Mihelick (P73050)
900 Wilshire Drive
Suite 300
Troy MI 48084
(248) 203-1655 / (248) 647-5210 (fax)
travis.mihelick@dinsmore.com
*Attorneys for Defendant Fifth Third*

**PROOF OF SERVICE**

I hereby certify that on **August 29, 2022**, I electronically filed the above document(s) and this Proof of Service with the Clerk of the Court using the MiFile True Filing File & Serve E-Filing system, which will send notification of such filing to those who are currently on the list to receive e-mail notices for this case.

I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

/s/ Danielle Juras
Danielle Juras