UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lizzie Pugh,

     Plaintiff(s),      Case No. 22-12028

v.             Honorable Sean F. Cox

Fifth Third Bank, National Association, et al.,    Magistrate Judge Curtis Ivy, Jr.

     Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

  This case appears to be a companion case to Case No. __22-11433__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Robert H. Cleland__ and Magistrate Judge __Anthony P. Patti__.

                 s/Sean F. Cox
                 Sean F. Cox
                 United States District Judge

                 s/Robert H. Cleland
                 Robert H. Cleland
                 United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type: __CIVIL__

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __September 20, 2022__        s/ S Schoenherr
                 Deputy Clerk

cc:  Parties and/or counsel of record
   Honorable Robert H. Cleland