UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lizzie Pugh,

                            Plaintiff(s),

v.                                              Case No. 3:22–cv–12028–RHC–APP
                                                Hon. Robert H. Cleland
FIFTH THIRD BANK,
NATIONAL ASSOCIATION, et
al.,

                            Defendant(s),
_____

### NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan.  The following motion(s) are scheduled for hearing:

                    Motion to Amend/Correct – #4

   • MOTION HEARING:  November 16, 2022 at 02:00 PM

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          By: s/L. Wagner_____
                                Case Manager

Dated:  September 21, 2022