# EXHIBIT A

LARA Home    Contact LARA    Online Services    News    MI.gov



| | |
|---|---|
| ID Number: 801040251 | Request certificate   Return to Results   New search |
| Summary for: FIFTH THIRD FINANCIAL CORPORATION | |
| The name of the FOREIGN PROFIT CORPORATION: FIFTH THIRD FINANCIAL CORPORATION | |

**Entity type:** FOREIGN PROFIT CORPORATION
**Identification Number:** 801040251  **Old ID Number:** 641802

**Date of Qualification in Michigan:** 05/16/2001

**Incorporated under the laws of:** the state of Ohio
**Purpose:**

**Term:** Perpetual

**Most Recent Annual Report:** 2022    **Most Recent Annual Report with Officers & Directors:** 2022

**The name and address of the Resident Agent:**
Resident Agent Name:       CSC-LAWYERS INCORPORATING SERVICE (COMPANY)
Street Address:            2900 WEST ROAD STE 500
Apt/Suite/Other:
City:                      EAST LANSING       State: MI       Zip Code: 48823

**Registered Office Mailing address:**
P.O. Box or Street Address: 2900 WEST ROAD STE 500
Apt/Suite/Other:
City:                      EAST LANSING       State: MI       Zip Code: 48823

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | GREG D. CARMICHAEL | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| TREASURER | BRYAN D. PRESTON | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| SECRETARY | JOSEPH C. ALTER | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| DIRECTOR | GREG D. CARMICHAEL | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| DIRECTOR | SUSAN B. ZAUNBRECHER | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |

| Total Authorized Shares | Shares Attributable to Michigan | Most Recent Apportionment % | Year Ending |
|---|---|---|---|
| 800 | 60,000 | 7.0535% | 2020 |

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

[View filings]

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2022 State of Michigan

9/22/22, 12:12 PM  Case 3:22-cv-12028-RHC-APP  ECF No. 8-1, PageID.111  Filed 09/22/22  Page 4 of 5
Search Summary, State of Michigan Corporations Division

LARA Home    Contact LARA    Online Services    News    MI.gov



| | |
|---|---|
| ID Number: 800019196 | Request certificate   Return to Results   New search |
| Summary for: OLD KENT MORTGAGE SERVICES, INC. | |
| The name of the DOMESTIC PROFIT CORPORATION: OLD KENT MORTGAGE SERVICES, INC. | |

**Entity type:** DOMESTIC PROFIT CORPORATION
**Identification Number:** 800019196  **Old ID Number:** 020514

**Date of Incorporation in Michigan:** 09/07/1993

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2022   **Most Recent Annual Report with Officers & Directors:** 2022

**The name and address of the Resident Agent:**
Resident Agent Name: CSC-LAWYERS INCORPORATING SERVICE (COMPANY)
Street Address: 2900 WEST ROAD STE 500
Apt/Suite/Other:
City: EAST LANSING  State: MI  Zip Code: 48823

**Registered Office Mailing address:**
P.O. Box or Street Address: 2900 WEST ROAD STE 500
Apt/Suite/Other:
City: EAST LANSING  State: MI  Zip Code: 48823

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | ALBERT P. CLIFFEL, III | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| TREASURER | KYLE JONES | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| SECRETARY | MICHAEL KEEFE | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| DIRECTOR | ALBERT P. CLIFFEL, III | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |
| DIRECTOR | STEVEN HAWKS | 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH 45263 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 100,000

☐ **Written Consent**

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
```

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2022 State of Michigan