# EXHIBIT B

# Molly Savage

| | |
|---|---|
| **From:** | Mihelick, Travis <Travis.Mihelick@DINSMORE.COM> |
| **Sent:** | Monday, August 8, 2022 2:26 PM |
| **To:** | Molly Savage |
| **Cc:** | Deborah Gordon |
| **Subject:** | RE: Pugh v. Fifth Third Bancorp |

Molly,

     I see you re-filed in Wayne Circuit last week. As we talked about, I can accept service for Fifth Third Bank, N.A., only. If you want to send over a copy of the complaint with an acknowledgement, I am happy to execute and return to you. Once I see the updated allegations/claims, maybe we can schedule another call. Please let me know.

Travis



**J. Travis Mihelick**
Partner
Dinsmore & Shohl LLP • Legal Counsel
900 Wilshire Drive, Suite 300, Troy, MI 48084
**T** (248) 203-1655 • **F** (248) 647-5210

1