# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LIZZIE PUGH**, *an individual,*

    Plaintiff,

v.

**FIFTH THIRD BANK, NATIONAL ASSOCIATION d/b/a "Fifth Third Bancorp,"** *a foreign corporation,*
**FIFTH THIRD FINANCIAL CORPORATION,** *a foreign corporation,*

    Defendants.

Case No. 2:22-cv-12028-RHC- APP
District Judge Robert H. Cleland
Magistrate Judge Anthony P. Patti

_____

| **DEBORAH GORDON LAW** | **DINSMORE & SHOHL LLP** |
|---|---|
| Deborah L. Gordon (P27058) | J. Travis Mihelick (P73050) |
| Elizabeth Marzotto Taylor (P82061) | *Attorneys for Defendants* |
| Sarah Gordon Thomas (P83935) | 900 Wilshire Dr., Ste. 300 |
| Molly Savage (P84472) | Troy, MI 48084 |
| *Attorneys for Plaintiff* | T: (248) 647-6000 |
| 33 Bloomfield Hills Parkway, Suite 220 | F: (248) 647-5210 |
| Bloomfield Hills, Michigan 48304 | Travis.mihelick@dinsmore.com |
| (248) 258-2500 | |
| dgordon@deborahgordonlaw.com | Katherine A. Rasmussen (P83661) |
| emarzottotaylor@deborahgordonlaw.com | 255 E. Fifth Street, Ste. 1900 |
| sthomas@deborahgordonlaw.com | Cincinnati, OH 45202 |
| masavage@deborahgordonlaw.com | T: (614) 628-6982 |
| | F: (513) 977-8141 |
| | Katherine.rasmussen@dinsmore.com |

**STIPULATED ORDER WITHDRAWING DEFENDANT'S MOTION TO DISMISS OLD KENT MORTGAGE SERVICES, INC. AS FRAUDULENTLY JOINED PARTY [DN#4]**

**IT IS HEREBY STIPULATED AND AGREED**, between the parties, as evidenced by the signatures of their Counsel below, and with the Court being otherwise advised in the premises:

**IT IS NOW ORDERED** that Defendant's Motion to Dismiss Old Kent Mortgage Services, Inc. [ECF #4] is WITHDRAWN as moot based on Plaintiff's First Amended Complaint [ECF #7], which removes Old Kent Mortgage Services, Inc. as a party. The hearing on the matter scheduled for November 16, 2022 at 2:00 pm [ECF #6] is cancelled.

***THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE***

Dated: October 25, 2022                                   s/Robert H. Cleland
                                                          United States District Judge

*I hereby stipulate to the entry of the above*
*order and waive notice of entry of the same*

| **DEBORAH GORDON LAW** | **DINSMORE & SHOHL LLP** |
|---|---|
| /s/ Deborah L. Gordon<br>Deborah L. Gordon (P27058)<br>Molly Savage (P84472)<br>*Attorneys for Plaintiff*<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>masavage@deborahgordonlaw.com | J. Travis Mihelick<br>J. Travis Mihelick (P73050)<br>*Attorneys for Defendants*<br>900 Wilshire Dr., Ste. 300<br>Troy, MI 48084<br>T: (248) 647-6000<br>F: (248) 647-5210<br>Travis.mihelick@dinsmore.com |